UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jyron Mendale Young,<br><br>　　　　Plaintiff,<br><br>v.<br><br>City of Bloomington Police Department, Chris Wegner, City of Richfield Police Department, Amanda Johnson, and Unknown Officers #1–30,<br><br>　　　　Defendants. | Case No. 22-cv-1989 (MJD/TNL)<br><br>**REPORT & RECOMMENDATION** |

Based on this action's files, records, and proceedings, **IT IS HEREBY RECOMMENDED THAT** the claims in Plaintiff Jyron Mendale Young's Complaint [ECF No. 1] against Defendants City of Bloomington Police Department and City of Richfield Police Department be **DISMISSED** (without prejudice to Young suing the relevant cities themselves). It is well-established that municipal police departments are not suable entities. *See, e.g.*, *Ketchum v. City of W. Memphis*, 974 F.2d 81, 82 (8th Cir. 1992); *Aery v. Pine Cnty. Ambulance Serv.*, No. 22-CV-0009 (SRN/LIB), 2022 WL 1102016, at *2 (D. Minn. Apr. 13, 2022) (citing cases, including *Ketchum*). As a result, Young's claims

[Continued on next page.]

against the police-department Defendants cannot proceed.

Dated: December8, 2022*s/ Tony N. Leung*
Tony N. Leung
United States Magistrate Judge
District of Minnesota

*Young v. City of Bloomington Police Department et al.*
Case No. 22-cv-1989 (MJD/TNL)

## NOTICE

**Filing Objections:**  This Report and Recommendation is not an order or judgment of the District Court and is therefore not appealable directly to the Eighth Circuit Court of Appeals.

Under Local Rule 72.2(b)(1), "a party may file and serve specific written objections to a magistrate judge's proposed finding and recommendations within 14 days after being served a copy" of the Report and Recommendation.  A party may respond to those objections within 14 days after being served a copy of the objections.  *See* Local Rule 72.2(b)(2).  All objections and responses must comply with the word or line limits set forth in Local Rule 72.2(c)