# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Jyron Mendale Young,

       Plaintiff,

v.

City of Bloomington Police Department,
Chris Wegner, City of Richfield Police
Department, Amanda Johnson, and
Unknown Officers #1–30,

       Defendants.

**ORDER**
Civil File No. 22-1989 (MJD/TNL)

Jyron Mendale Young, pro se.

Jason Hiveley and Julia Kelly, Iverson Reuvers Condon, on behalf of Defendants.

    The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Tony N. Leung dated December 8, 2022.  No objections have been filed to the Report and Recommendation.

    Pursuant to statute, the Court has conducted a de novo review upon the record.  28 U.S.C. § 636(b)(1); Local Rule 72.2(b).  Based upon that review, the

Court adopts the Report and Recommendation of United States Magistrate Judge Leung dated December 8, 2022.

Accordingly, based upon the files, records, and proceedings herein**, IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Tony N. Leung dated December 8, 2022.  **(Doc. 17)**.

2. The claims in Plaintiff Jyron Mendale Young's Complaint (Doc. 1) against Defendants City of Bloomington Police Department and City of Richfield Police Department are **DISMISSED without prejudice to Young suing the relevant cities themselves.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  February 28, 2023                                         s/Michael J. Davis
                                                                                      Michael J. Davis
                                                                                      United States District Court