UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jyron Mendale Woodard,

    Plaintiff,

v.

Chris Wegner, Amanda Johnson,
and Unknown Officers #1-30,

    Defendants.

**ORDER**
Civil No. 22-cv-1989 (MJD/DLM)

Before the Court are the May 21, 2024 and July 9, 2024 Report and Recommendations ("R&Rs") by United States Magistrate Judge Douglas L. Micko. (Doc. 75; Doc. 80.)  Plaintiff filed objections to the May 21, 2024 R&R.  No objections have been filed to the July 9, 2024 R&R.

The Court has conducted a de novo review of the recommendations provided by the Magistrate Judge.  28 U.S.C. § 636(b)(1); Local Rule 72.2(b).  Based upon that review, the Court **ADOPTS** the May 21, 2024 R&R with modifications to the final recommendation to comport with the Magistrate Judge's analysis and recommendation on Page 12 of the R&R (Doc. 75 at 12).  Additionally, the Court **ADOPTS** the July 9, 2024 R&R as is.

Accordingly, based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the May 21, 2024 Report and Recommendation of Magistrate Judge Douglas L. Micko **[Doc. 75]**;

2. Defendants Chris Wegner and Amanda Johnson's Motion for Summary Judgment **[Doc. 45]** is **GRANTED**;

3. Plaintiff's Federal Claims against Defendants Chris Wegner and Amanda Johnson are **DISMISSED WITH PREJUDICE;**

4. Plaintiff's State Law Claims against Defendants Chris Wegner and Amanda Johnson are **DISMISSED WITHOUT PREJUDICE**;

5. The Court **ADOPTS** the July 9, 2024 Report and Recommendation of Magistrate Judge Douglas L. Micko **[Doc. 80]**; and

6. Claims against Unknown Officers #1-30 are **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 4(m).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 16, 2024                    s/Michael J. Davis
                                             Michael J. Davis
                                             United States District Court